**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JEREMY LEDESMA as Personal**
**Representative of the Estate of**
**Melissa A. Ledesma,**

        **Case No. 24-11432**

       **Plaintiff,**

        **Hon. Denise Page Hood**

**v.**

**COUNTY OF WAYNE, et al.,**

       **Defendants.**

_____/

**ORDER MOOTING MOTIONS TO DISMISS (ECF Nos. 31 and 35) and**
**REPORT AND RECOMMENDATION (ECF No. 45)**

On August 23, 2024, Defendants filed Motions to Dismiss.  (ECF Nos. 31 and 35)  A Motion to Amend the Complaint was thereafter filed (ECF No. 51) where no opposition to the motion was filed.  The motion was granted (ECF No. 52), and the Amended Complaint was filed on May 15, 2025 (ECF No. 53).  Because an amended complaint supersedes all prior complaints, Defendants' Motions to Dismiss are rendered moot.  "As a general rule, when a plaintiff files an amended complaint, the amended complaint supersedes the original, the latter being treated thereafter as non-existent."  *Ramirez v. Collier*, 595 U.S. 411, 423 (2022) (quoting, *Rhodes v. Robinson*, 621  F.3d 1002, 1005 (9th Cir. 2010)).  *See, Parry v. Mohawk Motors of*

*Michigan, Inc.,* 236 F.3d 299, 306 (6th Cir. 2000) (When an amended complaint is filed, the new complaint supersedes all previous complaints and controls the case from that point forward.).  "Since the amended complaint replaces the original complaint, an earlier-filed motion to dismiss and/or for summary judgment is moot." *Lowe v. Hamilton County Dep't of Job & Family Servs.,* Case No. 1:05cv117, 2007 WL 3232434 at *1 (S.D. Ohio Oct. 31, 2007).

Accordingly,

IT IS ORDERED that Defendants' Motions to Dismiss **(ECF Nos. 31 and 35)** and the Report and Recommendation **(ECF No. 45)** are **MOOT**.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  February 10, 2026

2